# EXHIBIT B

| **To:** | Runway Blue, LLC (efiling@knobbe.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90301455 - BBCOM.052T |
| **Sent:** | March 01, 2021 09:34:53 PM |
| **Sent As:** | ecom107@uspto.gov |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |
| | Attachment - 28 |
| | Attachment - 29 |
| | Attachment - 30 |
| | Attachment - 31 |
| | Attachment - 32 |
| | Attachment - 33 |
| | Attachment - 34 |
| | Attachment - 35 |
| | Attachment - 36 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.**
90301455

**Mark:**

**Correspondence
Address:**
JONATHAN    A.
MENKES
KNOBBE
MARTENS
OLSON  &  BEAR,
LLP
2040    MAIN
STREET,   14TH
FLOOR
IRVINE, CA 92614

**Applicant:**
Runway Blue, LLC

**Reference/Docket
No.** BBCOM.052T

**Correspondence
Email Address:**

efiling@knobbe.com

# NONFINAL OFFICE ACTION

The USPTO must receive applicant's  response to this letter within <u>six months</u> of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS).  A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date:** March 01, 2021

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issues below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SEARCH OF USPTO DATABASE:**  The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d).  15 U.S.C. §1052(d); TMEP §704.02.

However, registration is provisionally refused for the following reasons.

**SUMMARY OF ISSUES THAT APPLICANT MUST ADDRESS**

I.  Refusal Under Sections 1, 2, and 45:  Nondistinctive Product Design
II.  Additional Information Required
III.  Amend of Mark Drawing Required:  Nondistinctive Incapable Elements of Product Design
IV.  Clarification of Identification of Goods Required

## I.      REFUSAL UNDER SECTIONS 1, 2, AND 45:  NONDISTINCTIVE PRODUCT DESIGN

Registration is refused because the applied-for mark consists of a nondistinctive product design or nondistinctive features of a product design that is not registrable on the Principal Register without sufficient proof of acquired distinctiveness.  Trademark Act Sections 1, 2, and 45, 15 U.S.C. §§1051-1052, 1127; *Wal-Mart Stores, Inc. v. Samara Bros., Inc.*, 529 U.S. 205, 210, 213-14, 54 USPQ2d 1065, 1068-69 (2000); *In re Slokevage*, 441 F.3d 957, 961, 78 USPQ2d 1395, 1398 (Fed. Cir. 2006); *see* TMEP §1202.02(b)(i).

A product design can never be inherently distinctive as a matter of law; consumers are aware that such designs are intended to render the goods more useful or appealing rather than identify their source.  *See Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. at 212-13, 54 USPQ2d at

1068-69; *In re Slokevage*, 441 F.3d at 962, 78 USPQ2d at 1399.  Thus, consumer predisposition to equate a product design with its source does not exist.  *Wal-Mart Stores, Inc. v. Samara Bros.*, 529 U.S. at 213, 54 USPQ2d at 1069.

Applicant has asserted a claim of acquired distinctiveness based on five years' use.  However, for matter that is not inherently distinctive because of its nature such as nondistinctive product design, evidence of five years' use is not sufficient to show acquired distinctiveness.  Actual evidence that the mark is perceived as a mark for the relevant goods is required to establish distinctiveness.  *See In re R.M. Smith, Inc.*, 734 F.2d 1482, 222 USPQ 1 (Fed. Cir. 1984) (configuration of pistol grip water nozzle for water nozzles); TMEP §1212.05(a).

Applicant may respond by providing evidence of acquired distinctiveness, such as verified statements of long term use, advertising and sales expenditures, examples of advertising, affidavits and declarations of consumers, customer surveys.  *See* 37 C.F.R. §2.41(a)(3); TMEP §§1212.02(g), 1212.06 *et seq.*  When determining whether the evidence shows the mark has acquired distinctiveness, the trademark examining attorney will consider the following six factors:  (1) association of the mark with a particular source by actual purchasers (typically measured by customer surveys linking the name to the source); (2) length, degree, and exclusivity of use; (3) amount and manner of advertising; (4) amount of sales and number of customers; (5) intentional copying; and (6) unsolicited media coverage.  *See Converse, Inc. v. ITC*, 909 F.3d 1110, 1120, 128 USPQ2d 1538, 1546 (Fed. Cir. 2018) ("the *Converse* factors").  "[N]o single factor is determinative."  *In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 USPQ2d 1420, 1424 (Fed. Cir. 2005); *see* TMEP §§1212.06 *et seq.*  Rather, all factors are weighed together in light of all the circumstances to determine whether the mark has acquired distinctiveness.  *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424.  This evidence must demonstrate that the relevant public understands the primary significance of the mark as identifying the *source* of applicant's service.  *Id.* at 1297, 75 USPQ2d at 1422.  However, "[t]he evidence must relate to the promotion and recognition of the specific configuration embodied in the applied-for mark and not to the goods in general."  *In re Change Wind Corp.*, 123 USPQ2d 1453, 1467 (TTAB 2017) (citing *Inwood Labs., Inc. v. Ives Labs., Inc.*, 456 U.S. 844, 851 n.11, 214 USPQ 1, 4 n.11 (1982)).

To establish acquired distinctiveness, an applicant may rely only on use in commerce that may be regulated by the U.S. Congress.  *See* 15 U.S.C. §§1052(f), 1127.  Use solely in a foreign country or between two foreign countries is not evidence of acquired distinctiveness in the United States.  TMEP §§1010, 1212.08; *see In re Rogers*, 53 USPQ2d 1741, 1746-47 (TTAB 1999).

As an alternative to claiming acquired distinctiveness, applicant may amend the application to the Supplemental Register.  15 U.S.C. §1091; *see* 37 C.F.R. §§2.47, 2.75(a); TMEP §§816, 1202.02(b)(i).

Although applicant's  mark has been refused registration, applicant may respond to the refusal by submitting evidence and arguments in support of registration.

## II.    ADDITIONAL INFORMATION REQUIRED

Applicant must provide the following information and documentation regarding the applied-for three-dimensional configuration mark:

(1)    A written statement as to whether the applied-for mark, or any feature(s) thereof, is or has been the subject of a design or utility patents or patent applications, including expired patents and abandoned patent applications.  Applicant must also provide copies of the patents and/or patent applications documentation.

(2)    Advertising, promotional, and/or explanatory materials concerning the applied-for configuration mark, particularly materials specifically related to the design feature(s) embodied in the applied-for mark.

(3)    A written explanation and any evidence as to whether there are alternative designs available for the feature(s) embodied in the applied-for mark, and whether such alternative designs are equally efficient and/or competitive.  Applicant must also provide a written explanation and any documentation concerning similar designs used by competitors.

(4)    A written statement as to whether the product design or packaging design at issue results from a comparatively simple or inexpensive method of manufacture in relation to alternative designs for the product/container.  Applicant must also provide information regarding the method and/or cost of manufacture relating to applicant's goods.

(5)    Any other evidence that applicant considers relevant to the registrability of the applied-for configuration mark.

*See* 37 C.F.R. §2.61(b); *In re Morton-Norwich Prods., Inc.*, 671 F.2d 1332, 1340-41, 213 USPQ 9, 15-16 (C.C.P.A. 1982); TMEP §§1202.02(a)(v) *et seq.*

Any document filed with the USPTO becomes part of the official public application record and will not be returned or removed.  TMEP §§404, 814.  If any of the information requested above is confidential or applicant does not want such information to become part of the public record for a valid reason, applicant should submit an explanation of those circumstances or redact confidential portions prior to submission.  *See* TMEP §814.  Applicants are not required to submit confidential information into the record; a written explanation or summary of that information may

suffice. *Id.*

Regarding the requirement for this information, the Trademark Trial and Appeal Board and its appeals court have recognized that the necessary technical information for ex parte determinations as to functionality is usually more readily available to an applicant, and thus an applicant is normally the source of most of the evidence in these cases. *In re Teledyne Indus. Inc.*, 696 F.2d 968, 971, 217 USPQ 9, 11 (Fed. Cir. 1982); *see In re Babies Beat Inc.*, 13 USPQ2d 1729, 1731 (TTAB 1990) (holding registration was properly refused where applicant failed to comply with trademark examining attorney's request for copies of patent applications and other patent information); TMEP §1202.02(a)(v).

Failure to comply with a request for information can be grounds for refusing registration. *In re AOP LLC*, 107 USPQ2d 1644, 1651 (TTAB 2013); *In re DTI P'ship LLP* , 67 USPQ2d 1699, 1701-02 (TTAB 2003); TMEP §814.

Applicant should note the following additional application requirement.

## III.    AMEND OF MARK DRAWING REQUIRED:  NONDISTINCTIVE INCAPABLE ELEMENTS OF PRODUCT DESIGN

The drawing of applicant's  applied-for three-dimensional mark is not acceptable because it includes functional elements depicted in solid lines rather than broken or dotted lines.  *See* TMEP §1202.02(c)(i)(A).  Elements of a mark that are functional are required to be shown in broken or dotted lines.  *See* 37 C.F.R. §2.52(b)(4); *In re Water Gremlin Co.*, 635 F.2d 841, 844, 208 USPQ 89, 91 (C.C.P.A. 1980); *In re Heatcon, Inc.*, 116 USPQ2d 1366, 1379-80 (TTAB 2015); TMEP §1202.02(c)(i)(A).

"Functional matter cannot be protected as a trademark." TMEP §1202.02(a)(iii)(A); *see* 15 U.S.C. §§1052(e)(5), (f), 1091(c), 1064(3), 1115(b)(8).  A feature is functional as a matter of law if it is "'essential  to the use or purpose of the [product]'" or "'it  affects the cost or quality  of the  [product].'"  *TrafFix  Devices, Inc. v. Mktg. Displays, Inc.*, 532 U.S. 23, 33, 58 USPQ2d 1001, 1006 (2001); TMEP §1202.02(a)(iii)(A).

In the present case, the following elements are functional:  the conical spout, the bracket or hinge element, the round base of the lid, and the recessed domed top.  The attached internet evidence shows that these elements are functional because they are commonly used in goods of the type described in the application which reflects that there are few alternative designs available.  *See In re Morton-Norwich Prods., Inc.*, 671 F.2d 1332, 1340-41, 213 USPQ 9, 15-16 (C.C.P.A. 1982); TMEP §1202.02(a)(v).

As an illustrative reference, the examining attorney has attached to the Office action applicant's  design patent US D830,119.  Based on the evidence of record, it appears the most of the features doted out in the US D830,119, with the exception of the pivoting arm, are unregisterable functional elements of the bottle lid.

Therefore, applicant must provide (1) a new drawing of the mark showing the functional element(s) in broken or dotted lines, and (2) an amended mark description that references the  matter in broken or dotted lines and indicates such matter is not claimed as part of the mark.  *See* TMEP §1202.02(c)(i)(A), (c)(ii).  Applicant must provide the amended drawing regardless of whether the remaining portions of the mark are determined to be registrable.  TMEP §1202.02(c)(i)(A).

Applicant should use the following mark description format is suggested by replacing the matter in the curly brackets with the required information:

> **The mark consists of a three-dimensional configuration of {describe in sufficient detail only those elements that are part of the mark}.  The broken lines depicting {describe elements} indicate placement of the mark on the goods and are not part of the mark**.

*See* TMEP §1202.02(c)(ii).

Applicant should note the following additional application requirement.

## IV.    CLARIFICATION OF IDENTIFICATION OF GOODS REQUIRED

Applicant's  goods, which are identified as "lids  for bottles" and "lids  for shaker bottles sold empty," are indefinite and too broad and must be clarified. See 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03. For example, "metal  caps for bottles" are in Class 6, "plastic bottle caps" are in Class 20, and "lids  with drinking spouts for reusable water bottles"  are in Class 21.  To the extent that applicant's  goods are in the nature of "lids with drinking spouts for reusable water bottles," applicant should so clarify.

Applicant may adopt the following wording, if accurate:

<u>International Class 21</u>

Lids for bottles, **namely, lids with drinking spouts for reusable water bottles**; Lids for shaker bottles sold empty, **namely, lids with drinking spouts for reusable water bottles**

Applicant may amend the identification to clarify or limit the goods, but not to broaden or expand the goods beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods may not later be reinserted. *See* TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

**RESPONSE ADVISORIES**

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal and requirements in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** **Click to file a response to this nonfinal Office action.**

/Troy Knight/
Examining Attorney
Law Office 107
U.S. Patent and Trademark Office
(571) 270-3151
Troy.Knight@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://www.sovereignlaboratories.com/product/SHAKERBOTTLE.html?gclid=EAIaIQobChMIkwEjKaG7wfVh43Ch3MQQGjEAQY AiABEg(_BfD_BwE          03/01/2021 07:04:24 PM



## Sports Shaker Bottle: 400ml

★★★★½  Read 4 Reviews | 1 Question, 15 Answers or Write a Review

Designed for use with Colostrum-LD powders

**$7.95**

Qty  [ 1 ]

**ADD TO CART**

Add To Wish List

UPC: 855724006407
Code: SHAKERBOTTLE

**4.5**  out of 5 stars          4 Ratings

Home / Shop / Colostrum Supplements / Sports Shaker Bottle: 400ml

Shop

Home    Our Story    Rewards    FAQs

Free Shipping to all 50 states and Canada ($74+) + AA/AE/AP

Email Us        *928-202-4031 |    Orders |    My Account

Search our entire store...

0    My Cart ᵥ

https://www.sovereignlaboratories.com/product/SHAKERBOTTLE.html?gclid=EAIaIQobChMlkwEjXraG7wfVfv43Ch3MQQGjEAQY
AjABEgJ_BfD_BwE       03/01/2021 07:04:24 PM



Rewards Program





Offline · Please leave a Message

4.6 out of 5 stars

5 ———————— 75%
4 0%
3 ——— 25%
2 0%
1 0%

WRITE A REVIEW

" need something quick so I can shake it drink it rinse it and out the door

Thea  ·  purchased 2 weeks ago

---

## Product Description

### 400 ml BPA-free Sports Shaker Bottle with Stainless Steel Mixing Ball

Mix up your Colostrum-LD® supplement drink with water or your favorite flavoring for a smooth re-
freshing drink. The shaker is imprinted with a minimum fill line for mixing water or tea with your Colos-
trum-LD. The leak-proof lid, wide mouth screw-on lid, measurement window and grip panels make it
easy to use. This shaker bottle holds up to 400ml of liquid to quench your thirst. Made of BPA-free
lightweight polypropylene and dishwasher safe.

### Specifications

**Capacity:** 400ml (500ml of actual water)
**Weight:** 105g (Stainless steel ball adds 10g.)
**Size:** 9.5 cm x 16.5 cm
**Material:** PP + PE (Recycleable)

Rewards Program

## You May Also Be Interested In...



Offline · Please leave a Message

https://www.sovereignlaboratories.com/product/SHAKERBOTTLE.html?gclid=EAIaIQobChMIkwEjKeG7wfV1v43Ch3MQQGjEAQY AiABEgI_8fD_BwE          03/01/2021 07:04:24 PM

**Rewards Program**

Accessories: Lid
Raw material certification: FDA Food safe
Feature: BPA-FREE

Colostrum LD® Powder, Natural
Vanilla Flavor

Colostrum LD® Powder, Regular
Flavor

*Disclaimer:* sovereignlaboratories.com is an independent distributor for Sovereign Laboratories. The statements contained in this site have not been evaluated by the Food and Drug Administration (FDA). These products are not intended to diagnose, treat, cure or prevent any disease. The statements contained herein are for informational purposes only, and are not meant to replace the services or recommendations of a physician or qualified health care practitioner. Those with health problems, or who are pregnant or nursing, are specifically advised that they should consult their physician before taking these or any nutritional supplements.

Offline - Please leave a Message

Have a question about this? Ask people who own it.

ⓘ Start typing and see existing answers. Learn more

**1 Question**

❓ **Why did you choose this?**
Sovereign Laboratories    STORE

**Rewards Program**

Offline - Please leave a Message

❝ need something quick so I can shake it drink it rinse it and out the door
Theo · Feb 14, 2021

❝ Just for fun, and a handy way to mix my Colostrum LD Powder.
John · Jan 19, 2021

❝ Will make it handy to mix powder and liquid for my husband to use this product.
Naomi · Jan 12, 2021

❝ Helps GI

https://www.sovereignlaboratories.com/product/SHAKERBOTTLE.html?gclid=EAIaIQobChMlkwEjKaG7wfVh43Ch3MQQGjEAQY
AjABEgJ_BfD_BwE          03/01/2021 07:04:24 PM



Rewards Program

Offline - Please leave a Message

**4 Reviews**

SORT
Most Helpful

Search reviews…

FILTER
Star Ratings

★★★★★
Sep 29, 2020
Vicky   VERIFIED PURCHASER

**Excellent Shaker**

This is a great shaker, a must have with this product.

Purchased on Aug 31, 2020

Was this helpful?   ♡ 1   ☁ 0

⚑ Flag

★★★☆☆
Dec 30, 2020
Debra   VERIFIED PURCHASER

**Just what I needed**

So great to have a convenient reminder. Glad I bought it but don't expect the top cover to close easily.

Purchased on Nov 27, 2020

Was this helpful?   ♡ 0   ☁ 0

⚑ Flag

★★★★★
Dec 15, 2020
Sherry   VERIFIED PURCHASER

**Shaker size is good**

I am so glad I purchased this sports shaker bottle it is just the right size and so convenient. It mixes well with the product.

Purchased on Nov 23, 2020

Was this helpful?   ♡ 0   ☁ 0

⚑ Flag

★★★★★

https://www.sovereignlaboratories.com/product/SHAKERBOTTLE.html?gclid=EAIaIQobChMIkwEjKsjG7wIVfu43Ch3MQQGjEAQY
AiABEgJ_8fD_BwE          03/01/2021 07:04:24 PM

★★★★★

**Convenient shaker bottle to use with Colostrum powder**

Dec 3, 2020

Kris  **VERIFIED PURCHASER**

Purchased on Nov 4, 2020

Good shaker bottle, have had no problems with it, completely dishwasher safe. I like that the water line is marked for the amount of water needed with Colostrum.

Was this helpful?    ♡ 0    ♡ 0                                                      ⚑ Flag

B

Rewards Program                                                                    Offline - Please leave a Message

**Contact**                    **Shop**                      **Store Info**               Sovereign Laboratories
                                                                                           It's Great to Feel Good!
30 N Alamos Dr Cottonwood, AZ    Colostrum LD Supplements      Autoship
86326-4020                       Nutritional LD Supplements    Contact Us                  **Let's Connect**
                                 Polypeptide Therapy           Shipping and Returns
928-202-4031 (*PLEASE NOTE: We   GI Support                    About Us
do not provide medical advice)   Regenacol™                    Events                      Sign up for exclusive offers!
                                 Specials                      Frequently Asked Questions  Email Address
f Email Us                       Pet Nutrition                 Wishlists
                                                               Become an Affiliate         Subscribe
                                                               Message to Amazon Customers

B

Rewards Program                                                                    Offline - Please leave a Message

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

Copyright © 2021 Symco Inc., worldwide exclusive distributors for Sovereign Laboratories.

Privacy Policy | Sitemap

B

Rewards Program                                                                    Offline - Please leave a Message

† These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure, or prevent any disease.



https://www.amazon.com/dp/B081J51HZN?linkCode=ogi&tag=bp_links-20&ascsubtag=%5Barid%7C2069.g.440%5Bsrc%7C%5Bc
k%7C%5Bfit%7C&dv=1          03/01/2021 07:06:53 PM



Roll over image to zoom in

to take with you whether your on your way to the gym or heading to the park for a quick 5-K. Just get that whey powder, mix it up with this classic protein shaker and you're good to go.

- MEASURES UP TO THE HIGHEST STANDARDS: These shaker bottles have clearly marked measuring levels, so your shake tastes great and always measures up. Pre-workout or post-workout, our smoothie cups are a must-have fitness accessory to have in your arsenal.
- ALWAYS BLENDS PERFECTLY: Each one of these shaker bottles for protein mixes comes with a stainless steel shaker ball, so there's no grit or lumps in your shake. Just like drinking a smoothie only your protein powder may help repair and rebuild your muscles.
- SATISFACTION GUARANTEED: Known for durability and affordability, Fuel fitness accessories are backed with a fourteen-day satisfaction guarantee. If you are not happy with any of our products, we will gladly provide a full refund. Come refuel with us, you won't be sorry.

TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

◉ Select delivery location

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Frequently bought together

 +

Total price: **$71.97**

Add all three to Cart

Add all three to List

ⓘ One of these items ships sooner than the other. Show details

☑ **This item:** Shaker Bottle with Lanyard, 24oz - Leak Proof Mixer Cup with Stainless Steel Blending Ball - Mixing…. ~~$11.99~~

☑ G Fuel Snow Cone (40 Servings) Elite Energy and Endurance Formula 9.8 oz. $29.99  ($3.06 / 1 Ounce)

☑ G Fuel Sour Blue Chug Rug Tub (40 Servings) Elite Energy and Endurance Formula Inspired by Faze Rug…. $29.99  ($2.87 / 1 Ounce)

## Products related to this item

ⓘ

Sponsored

https://www.amazon.com/dp/B081J51HZN?linkCode=ogi&tag=bp_links-20&ascsubtag=%6Batid%7C2069_g.440%6Bsrc%7C%6Bc
h%7C%6Blt%7C&lv=1___03/01/2021 07:06:53 PM

      

| Helimix Vortex Blender Shaker Bottle 28oz \| No Blending Ball or Whisk \| USA Made \| ... | 8-Pack Protein Milkshake Whisk,304 Food Grade Stainless Steel Mixer | BluePeak Protein Shaker Bottle 28-Ounce, 3-Pack, with Dual Mixing Technology, BPA F... | BlenderBottle Shaker Bottle with Pill Organizer and Storage for Protein Powder, Pro... | Blender Bottle 2 Pack (Navy/Cyan) | BluePeak Protein Shaker Bottle 20-Ounce, 2-Pack, with Dual Mixing Technology, BPA F... | Gatorade 26oz Stainless Steel Bottle Black | HydroVessel Vacuum Insulated Hot/Cold Protein Shaker Water Bottle (Black) ● 20oz |
|---|---|---|---|---|---|---|---|
| ★★★★½ 4,458 | ★★★★★ 22 | ★★★★☆ 3,504 | ★★★★★ 22,540 | ★★★★★ 2,943 | ★★★★½ 1,717 | ★★★★★ 910 | ★★★★☆ 50 |
| $19.95 ✓prime | $4.99 ✓prime | $17.99 ✓prime | $13.99 ✓prime | $19.99 ✓prime | $13.99 ✓prime | $29.99 ✓prime | $32.97 ✓prime |

**4 stars and above**

ⓘ

Sponsored

‹

       

| Helimix Vortex Blender Shaker Bottle 28oz \| No Blending Ball or Whisk \| USA Made \| ... | BlenderBottle Shaker Bottle with Pill Organizer and Storage for Protein Powder, Pro... | BluePeak Protein Shaker Bottle 28-Ounce, 2-Pack, with Dual Mixing Technology, BPA F... | 16 OZ Protein Shaker Bottle with Mixer Ball and Powder Storage Jars for Indoor and ... | BlenderBottle Motivational Quote Classic V2 Shaker Bottle Perfect for Protein... | BlenderBottle Radian Shaker Cup Insulated Stainless Steel Water Bottle with Wire Wh... | BluePeak Protein Shaker Bottle 20-Ounce, 2-Pack, with Dual Mixing Technology, BPA F... |
|---|---|---|---|---|---|---|
| ★★★★½ 4,458 | ★★★★★ 22,540 | ★★★★½ 1,166 | ★★★★½ 904 | ★★★★★ 1,239 | ★★★★½ 7,652 | ★★★★½ 1,717 |
| $19.95 ✓prime | $13.99 ✓prime | $13.99 ✓prime | $10.99 ✓prime | $11.96 ✓prime | $24.99 ✓prime | $13.99 ✓prime |

›

https://www.amazon.com/dp/B081J61H2N?linkCode=ogi&tag=bp_links-20&ascsubtag=%6Batid%7C2089.g.440%6Bisc%7C%6Bc
h%7C%6Bli%7C&dv=1____03/01/2021 07:06:53 PM

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product description

**COME REFUEL WITH US**

Your post-workout should always include a shake made in our classic mixer bottle. Refueling with protein after working out may help rebuild and repair your muscles.

Or if you prefer, you can start your day or workout with a smoothie blended in one of our shaker cups for protein shakes. A great beginning dedicated to your health

The stainless steel shaker ball, included with our leak-proof smoothie bottle, ensures your shakes are perfectly blended every time. So start refuelling with us today.

**WHAT'S INCLUDED:**
(1) Shaker Bottle
(1) Mixing Ball
(1) Lanyard

**PRODUCT SPECIFICATIONS:**
Dimensions: 4" (Diameter) x 8 ¾" (H)
Materials: Plastic
Colors: Black and White

**WE'LL ALWAYS GIVE OUR LEVEL BEST**

Our goal is to provide quality fitness accessories at affordable prices. This premium shaker cup is a prime example of that vision come to life.

With clearly marked measuring levels, your shakes are bound to come out smooth and tasty when blended with this shaker mixer bottle. You won't be disappointed.

This unique shake cup with lanyard is easy to carry wherever you're headed. Always within reach when you're ready to replenish and refuel.

---

### Product details

Color: **Black**

**Date First Available :** November 14, 2019

**Manufacturer :** Fuuel

**ASIN :** B081J4DJ77

**Best Sellers Rank:** #166,412 in Health & Household (See Top 100 in Health & Household)

https://www.amazon.com/dp/B081J61H2N?linkCode=ogi&tag=bp_links-20&ascsubtag=%6Bartid%7C2069.g.440%5Bsrc%7C%6Bc
k%7C%6Bltk%7C&h=1        03/01/2021 07:06:53 PM

#4,446 in Travel & To-Go Drinkware
#8,044 in Sports Nutrition Products

**Customer Reviews:**
⭐⭐⭐⭐ ˅        805 ratings

## Videos

Help others learn more about this product by uploading a video!

[ Upload video ]

## Products related to this item



Sponsored

| Helenix Vortex Blender Shaker Bottle 28oz \| No Blending Ball or Whisk \| USA Made \|... | 2PCS Water Bottle Handle for Hydro Flask and Other Wide Mouth Bottles, Paracord Str... | BlenderBottle Shaker Bottle with Pill Organizer and Storage for Protein Powder, Pro... | BluePeak Protein Shaker Bottle 28-Ounce, 3-Pack, with Dual Mixing Technology, BPA F... | Stacked Pack; Compact, Portable, 3 in 1 Water Bottle Funnel with Two Nesting Supple... | BluePeak Protein Shaker Bottle 20-Ounce, 2-Pack, with Dual Mixing Technology, BPA F... | BlenderBottle Radian Shaker Cup Insulated Stainless Steel Water Bottle with Wire Wh... |
|---|---|---|---|---|---|---|
| ⭐⭐⭐⭐ 4,438 | ⭐⭐⭐⭐ 522 | ⭐⭐⭐⭐⭐ 22,540 | ⭐⭐⭐⭐ 3,504 | ⭐⭐⭐⭐⭐ 7 | ⭐⭐⭐⭐ 1,717 | ⭐⭐⭐⭐ 7,652 |
| $19.95 ✓prime | $12.99 ✓prime | $13.99 ✓prime | $17.99 ✓prime | $17.99 ✓prime | $13.99 ✓prime | $24.99 ✓prime |

https://www.amazon.com/dp/B081J51HZN?linkCode=ogi&tag=bp_links-20&ascsubtag=%5Bartid%7C2089_g.440%5Bsrc%7C%5Bc
k%7C%5Bft%7C&dn=1         03/01/2021 07:06:53 PM

**Customer questions & answers**

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** Is it flat bottomed or rounded?
**Answer:** It's flat
By Marcelyn on November 24, 2020
▸ See more answers (2)

▲
0
votes
▼

**Question:** Where are these made?
**Answer:** China
By Tara Perry on July 22, 2020

▲
0
votes
▼

**Question:** Can I clean this in the dishwasher?
**Answer:** I've cleaned mine in the dishwasher plenty of times and there has been no problem :)
By Jack on June 14, 2020

▲
0
votes
▼

**Question:** Does it have markers to show the ounces on the side?
**Answer:** Yes it does.
By Amazon Customer on July 21, 2020

See more answered questions (2)

---

**Customer reviews**

⭐⭐⭐⭐⭐ 4.7 out of 5
805 global ratings

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 9% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 2% |

▾ How are ratings calculated?

**Customer images**



See all customer images

Top reviews ▾

**Top reviews from the United States**

https://www.amazon.com/dp/B081J51H2N?linkCode=ogi&tag=bp_links-20&ascsubtag=%6Batid%7C2089_g_440%5Bsrc%7C%6Bc
k%7C%6Btk%7C&lv=1_____03/01/2021 07:06:53 PM

Top reviews from the United States

drink    lid    shakes    leak    protein    ball    powder    strap

broke    mixes

Top reviews ▾

## Top reviews from the United States

👤 Yes Um

★★★★★ **Great Shaker Bottle for this Newbie!!!!!**

Reviewed in the United States on June 17, 2020

**Verified Purchase**

This is the first shaker bottle I have ever purchased and I can already say I love it so much!!! I want to highlight some wonderful things I have noticed!!

Packaging:
When my item arrived and I opened the box, I was pleasantly surprised with this white container. Not only is is a great storage container for the bottle itself, but, since I like upcycling, I have been using it to store supplies in my closet because it is so sturdy! The bottle also came wrapped in plastic! Very small but appreciated details.

Style: The color of the bottle is so nice and actually lighter than it appeared to me on amazon. It's a very nice lilac type of color and pleasant to look at. This is great for me personally. I ultimately don't care about the color of a product as long as the price is reasonable or if it is cheaper than other colors, but if I am able to choose I will pick items that don't have strong colors. Something else that caught my by surprise was that it came with a strap!! I had seen some pictures of the bottle with a little hole for a strap, but I did not

∨ Read more

## By feature

| | |
|---|---|
| Value for money | ★★★★★ 5.0 |
| Durability | ★★★★★ 4.8 |
| Easy to clean | ★★★★★ 4.7 |

∨ See more

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



https://www.amazon.com/dp/B001JI51HZN?linkCode=ogi&tag=bp_links-20&ascsubtag=%6Bartid%7C2089.g.440%5Bsrc%7C%5Bc
k%7C%6Bfrk%7C&lv=1 ... 03/01/2021 07:06:53 PM



6 people found this helpful

| Helpful | Report abuse |

Hannah Herman

★★★★★ **Super cute and use it every morning**
Reviewed in the United States on February 23, 2020
Verified Purchase    Early Reviewer Rewards    (What's this?)

I love this cup! I use it for my morning shakes 🙂 and it's cute!!! Perfect size!!!

7 people found this helpful

| Helpful | Report abuse |

Jacksback

★★★☆☆ **Cheaply made**
Reviewed in the United States on March 5, 2020
Color: Black    Verified Purchase

This is a Chinese made piece of thin plastic. I was hoping for something a little. Better in quality. This cup
works for mixing shakes, but zero insulation. Should be half the price of what it is.

2 people found this helpful

| Helpful | Report abuse |

Amazon Customer

★★☆☆☆ **Very Brittle, broke in less than 24 hours**
Reviewed in the United States on May 25, 2020
Color: Pink    Verified Purchase

Started off with a great experience loved the color and size, didn't leak and mixed the drink well, but as I
was holding it down at my side by the strap while I clocked out from work and it slipped my grasp and the
bottom shattered from a drop less than 2 feet. I'm incredibly disappointed at the durability. Don't know if



https://www.amazon.com/dp/B081J51HZN?linkCode=ogi&tag=bg_links-20&ascsubtag=%6Barid%7C2069.g.440%5Bsrc%7C%6Bc k%7C%6Bit%7C&lv=1_____03/01/2021 07:06:32 PM

Roll over image to zoom in



- to take with you whether your on your way to the gym or heading to the park for a quick 5-K. Just get that whey powder, mix it up with this classic protein shaker and you're good to go.
- MEASURES UP TO THE HIGHEST STANDARDS: These shaker bottles have clearly marked measuring levels, so your shake tastes great and always measures up. Pre-workout or post-workout, our smoothie cups are a must-have fitness accessory to have in your arsenal.
- ALWAYS BLENDS PERFECTLY: Each one of these shaker bottles for protein mixes comes with a stainless steel shaker ball, so there's no grit or lumps in your shake. Just like drinking a smoothie only your protein powder may help repair and rebuild your muscles.
- SATISFACTION GUARANTEED: Known for durability and affordability, Fuuel fitness accessories are backed with a fourteen-day satisfaction guarantee. If you are not happy with any of our products, we will gladly provide a full refund. Come refuel with us, you won't be sorry.

TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

◉ Select delivery location

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

## Frequently bought together



Total price: **$71.97**

Add all three to Cart

Add all three to List

ⓘ One of these items ships sooner than the other. Show details

☑ **This item:** Shaker Bottle with Lanyard, 24oz - Leak Proof Mixer Cup with Stainless Steel Blending Ball - Mixing… $11.99

☑ G Fuel Snow Cone (40 Servings) Elite Energy and Endurance Formula 9.8 oz. $29.99 ($3.06 / 1 Ounce)

☑ G Fuel Sour Blue Chug Rug Tub (40 Servings) Elite Energy and Endurance Formula Inspired by Faze Rug… $29.99 ($2.87 / 1 Ounce)

## 4 stars and above

ⓘ

Sponsored

https://www.amazon.com/dp/B001JS1H2N?linkCode=ogi&tag=bp_links-20&ascsubtag=%5Bartid%7C2089.g.440%5Bsrc%7C%5Bc
k%7C%5Bkt%7C&kr=1 03/01/2021 07:06:32 PM









| Helimix Vortex Blender Shaker Bottle 28oz \| No Blending Ball or Whisk \| USA Made \|... | BluePeak Protein Shaker Bottle 28-Ounce, 3-Pack, with Dual Mixing Technology. BPA F... | BlenderBottle Shaker Bottle with Pill Organizer and Storage for Protein Powder, Pro... | BluePeak Protein Shaker Bottle 20-Ounce, 2-Pack, with Dual Mixing Technology. BPA F... | 16 OZ Protein Shaker Bottle with Mixer Ball and Powder Storage Jars for Indoor and ... | BlenderBottle Motivational Quote Classic V2 Shaker Bottle Perfect for Protein... | BlenderBottle Radian Shaker Cup Insulated Stainless Steel Water Bottle with Wire Wh... |
| 4,438 | 3,504 | 22,540 | 1,717 | 904 | 1,239 | 7,652 |
| $19.95 prime | $17.99 prime | $13.99 prime | $13.99 prime | $10.99 prime | $11.96 prime | $24.99 prime |

**Products related to this item**

Page 1 of 35

Sponsored









| Helimix Vortex Blender Shaker Bottle 28oz \| No Blending Ball or Whisk \| USA Made \|... | 8-Pack Protein Milkshake Whisk,304 Food Grade Stainless Steel Mixer | BluePeak Protein Shaker Bottle 28-Ounce, 3-Pack, with Dual Mixing Technology. BPA F... | BlenderBottle Shaker Bottle with Pill Organizer and Storage for Protein Powder, Pro... | Blender Bottle 2 Pack (Navy)(Cyan) | BluePeak Protein Shaker Bottle 20-Ounce, 2-Pack, with Dual Mixing Technology. BPA F... | Gatorade 26oz Stainless Steel Bottle Black |
| 4,438 | 22 | 3,504 | 22,540 | 2,943 | 1,717 | 910 |
| $19.95 prime | $4.99 | $17.99 prime | $13.99 prime | $19.99 prime | $13.99 prime | $29.99 prime |

https://www.amazon.com/dp/B081J61H2N?linkCode=ogi&tag=bp_links-20&ascsubtag=%5Bartid%7C2089.g.440%5B%5D%7C%5Bsrc%7C%5Bc
k%7C%5Bit%7C&h=1  .03/01/2021 07:06:32 PM

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

**Product description**

**COME REFUEL WITH US**

Your post-workout should always include a shake made in our classic mixer bottle. Refuelling with protein after working out may help rebuild and repair your muscles.

Or if you prefer, you can start your day or workout with a smoothie blended in one of our shaker cups for protein shakes. A great beginning dedicated to your health

The stainless steel shaker ball, included with our leak-proof smoothie bottle, ensures your shakes are perfectly blended every time. So start refuelling with us today.

**WHAT'S INCLUDED:**
(1) Shaker Bottle
(1) Mixing Ball
(1) Lanyard

**PRODUCT SPECIFICATIONS:**
Dimensions: 4" (Diameter) x 8 ¾" (H)
Materials: Plastic
Colors: Black and White

**WE'LL ALWAYS GIVE OUR LEVEL BEST**

Our goal is to provide quality fitness accessories at affordable prices. This premium shaker cup is a prime example of that vision come to life.

With clearly marked measuring levels, your shakes are bound to come out smooth and tasty when blended with this shaker mixer bottle. You won't be disappointed.

This unique shake cup with lanyard is easy to carry wherever you're headed. Always within reach when you're ready to replenish and refuel.

---

**Product details**

Color:Black

**Date First Available :** November 14, 2019

**Manufacturer :** Fuuel

**ASIN :** B081J4DJ77

**Best Sellers Rank:** #166,412 in Health & Household (See Top 100 in Health & Household)

https://www.amazon.com/dp/B081J51HZN?linkCode=ogi&tag=bp_links-20&ascsubtag=%6Bartid%7C2089 g 440%5Bsrc%7C%6Bc
k%7C%6Bit%7C&th=1              03/01/2021 07 06 32 PM

#4,446 in Travel & To-Go Drinkware
#8,044 in Sports Nutrition Products

Customer Reviews:
⭐⭐⭐⭐½ ⌄    805 ratings

## Videos

Help others learn more about this product by uploading a video!

[ Upload video ]

## Products related to this item

ⓘ



Sponsored

‹    ›

| Helimix Vortex Blender Shaker Bottle 28oz \| No Blending Ball or Whisk \| USA Made \|... | 2PCS Water Bottle Handle for Hydro Flask and Other Wide Mouth Bottles, Paracord Str... | BlenderBottle Shaker Bottle with Pill Organizer and Storage for Protein Powder, Pro... | BluePeak Protein Shaker Bottle 28-Ounce, 3-Pack, with Dual Mixing Technology, BPA F... | Stacked Pack; Compact, Portable, 3 in 1 Water Bottle Funnel with Two Nesting Supple... | BluePeak Protein Shaker Bottle 20-Ounce, 2-Pack, with Dual Mixing Technology, BPA F... | BlenderBottle Radian Shaker Cup Insulated Stainless Steel Water Bottle with Wire Wh... |
|---|---|---|---|---|---|---|
| ⭐⭐⭐⭐½ 4,438 | ⭐⭐⭐⭐½ 522 | ⭐⭐⭐⭐⭐ 22,540 | ⭐⭐⭐⭐ 3,504 | ⭐⭐⭐⭐⭐ 7 | ⭐⭐⭐⭐½ 1,717 | ⭐⭐⭐⭐½ 7,652 |
| $19.95 ✓prime | $12.99 ✓prime | $13.99 ✓prime | $17.99 ✓prime | $17.99 ✓prime | $13.99 ✓prime | $24.99 ✓prime |

https://www.amazon.com/dp/B001JE1HZN?linkCode=ogi&tag=bp_links-20&ascsubtag=%5Bartid%7C2089.g.440%5Bsrc%7C%5Bc
h%7C%5Blt%7C&dv=1          03/01/2021 07:06:32 PM

**Customer questions & answers**

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** Is it flat bottomed or rounded?
**Answer:** It's flat
By Marcelyn on November 24, 2020
∨ See more answers (2)

▲
0
votes
▼

**Question:** Where are these made?
**Answer:** China
By Tara Perry on July 22, 2020

▲
0
votes
▼

**Question:** Can I clean this in the dishwasher?
**Answer:** I've cleaned mine in the dishwasher plenty of times and there has been no problem :)
By Jack on June 14, 2020

▲
0
votes
▼

**Question:** Does it have markers to show the ounces on the side?
**Answer:** Yes it does.
By Amazon Customer on July 21, 2020

See more answered questions (2)

**Customer reviews**

⭐⭐⭐⭐⯨ 4.7 out of 5
805 global ratings

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 9% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 2% |

∨ How are ratings calculated?

**Customer images**



See all customer images

Top reviews ▾

**Top reviews from the United States**

https://www.qualitylogoproducts.com/custom-shaker-bottles/endurance-tumbler-with-mixing-ball/share.htm?color?Variant=0&variant=blank&feed=google&utm_adTrackingCampaign=[SMART]+Shopping+V6+[Water+Bottles]&utm_adTrackingAdGroup=Ad+Group&utm_adTrackingKeyword=_____03/01/2021 07:07:09 PM

Save 5% with Promo Code **NEWCUSTOMERS** at Checkout - *LIMITED TIME OFFER!*

QUALITY LOGO PRODUCTS

Browse All

Search for Your Next Promo

1-866-312-5646

Chat Offline

## Printed Endurance Bottles with Mixing Ball

24 Oz.

Item #: Q78957

- Available in 6 amazing item colors
- Comes with screw-on, flip-top lid in your choice of color
- Eco-friendly

Bottle Color: Frosted

Frosted | Translucent Teal | Translucent Blue | Translucent Red | Translucent Green | Translucent Smoke

Pricing:

| $0.01 ea. 1 Blank | $4.42 ea. 100 - 149 | $4.32 ea. 150 - 199 | $4.23 ea. 200 - 349 | $4.05 ea. 350 - 499 | › |

| Quantity: | Item Price: | Subtotal: |
| 1 | $0.01 | $0.01 |

https://www.qualitylogoproducts.com/custom-shaker-bottles/endurance-tumbler-with-mixing-ballshare.htm?colorVar
iant=0&variant=blank&fee#google&utm_adTrackingCampaign=[SMARTHShopping=V6+(Water+Bottles)&utm_adTrackingAdGr
oup=Ad+Group&utm_adTrackingKeyword=        03/01/2021 07:07:09 PM



**Item #**
Q78957

**in** Shaker
Bottles

**Item Size:**
9.25" H x 3.88" Dia. Circle, 24
Oz

**Material:**
Recyclable Polypropylene

**Maximum Logo Size**
3" H x 2" W
Screen Print

**Free Proof & Art**
with Every Order

## Everything You Need to Know
Product features, size, materials - whatever you wanted to know about this product. Read on to see if it's a perfect promo match!

24 oz. (750 mL) sport cup with drink-through lid and mixing ball. Mix and match lid, mixing ball and cup colors. Perfect for fitness programs, energy drinks and meal replacement drinks. Wide opening for easy filling. Ounce and milliliter measurements on the side. Molded from reusable and recyclable polypropylene. BPA free. FDA compliant.

Customers love to purchase our Printed Endurance Bottles with Mixing Ball and enjoy the guaranteed

**Free Virtual Proof**
with Every Order

**Item Size**
9.25" H x 3.88" Dia. Circle, 24 Oz



https://www.amazon.com/Solofit-Protein-Shaker-Bottles-Smoothie/dp/008LMGCI9/Zref=sr_1_5?dchild=1&keywords=shaker%2Bbottle&qid=1614614364598&sprsporting-goods&sr=1-6&th=1          03/01/2021 07:09:10 PM

Roll over image to zoom in



functional whisk ball that comes with the shaker bottle whips the liquid and cuts through powders, allowing you to make protein shakes on your way to the gym. No need to carry multiple accessories.
- HOOK FOR EASY CARRYING- These protein drink shaker bottles come with a sturdy loop top so that you can carry it easily and hook somewhere for storage. Additionally, the bottle fits in most bottle holders so that you can always have it on your person no matter where you go.
- IDEAL FOR FITNESS ENTHUSIASTS- These protein powder shaker bottles are perfect for any fitness enthusiast or gym rats who are in constantly need of adequate nutrition. Gift it to the athlete in your life and you can bet that these bottles will see a lot of action!

WINBOB Classic Loop Top Shaker Bottle, 20-Ounce, Teal/Teal
$8.99  prime
Shop now ›
Sponsored ⓘ

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

◉ Select delivery location

Add to List

Share ✉ f ♥
Have one to sell?
Sell on Amazon



HydraMATE 32 oz Glass Water Bottle with Straw and...
★★★★☆ 1,185
$22.98  prime

## Frequently bought together

  +  

Total price: $37.87

[ Add both to Cart ]
[ Add both to List ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Solofit Protein Shaker Bottles with Shaker Balls- Leak Proof Smoothie & Drink Shaker Bottle…  $13.99
☑ Optimum Nutrition Gold Standard 100% Whey Protein Powder, Double Rich Chocolate 2 Pound (Packaging…  $23.88  ($0.75 / 1 Ounce)

https://www.amazon.com/Osloflk-Protein-Shaker-Bottles-Smoothie/dp/B08LMGC19r2/ref=sr_1_5?dchild=1&keywords=shak
er%28bottle&qid=1614643636498&sr=sporting-goods&sr=1-5&th=1          03/01/2021 07:09:10 PM





https://www.amazon.com/Shaker-Bottles-Womens-Colors-Variety/dp/B0B1QPR2HY/ref=sxin_10?ascsubtag=ramzn1.osa.79c6
4b64-a919-4bbd-b012-26ba3ad3f0c&.ATVPDKIKX0DER_en_US&creativeASIN=B0B1QPR2HY&cv_ct_cx=shaker+bottle&cv_ct_id=a
mzn1.osa.79c64b64-a919-4bbd-b012-25       03/01/2021 07:09:46 PM



https://www.amazon.com/Shaker-Bottles-Womens-Colors-Variety/dp/B0B1QPR2HY/ref=sxin_107=ascsubtag=ranzn1.osa.79c6
4b6fc4919-4bbd-b012-26ba3ad3f0cb:ATVPDKIKX0DER_en_US&creativeASIN=B0B1QPR2HY&cv_ct_cx=shaker+bottle&cv_ct_id=k
mzn1.osa.79c64b6fc4919-4bbd-b012-25       03/01/2021 07:09:46 PM



**Products related to this item**



US00D830119S

(12) **United States Design Patent**
Sorensen et al.

(10) Patent No.: **US D830,119 S**
(45) Date of Patent: ** **Oct. 9, 2018**

(54) **LID FOR A CONTAINER**

(71) Applicant: **RUNWAY BLUE, LLC**, Alpine, UT (US)

(72) Inventors: **Steven M. Sorensen**, Alpine, UT (US); **David O. Meyers**, East Layton, UT (US)

(73) Assignee: **Runway Blue, LLC**, Alpine, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/614,992**

(22) Filed: **Aug. 24, 2017**

**Related U.S. Application Data**

(62) Division of application No. 29/525,379, filed on Apr. 29, 2015.

(51) **LOC (11) Cl.** ................................................ **07-99**
(52) **U.S. Cl.**
USPC ............................ **D7/392.1**; D9/443; D9/449
(58) **Field of Classification Search**
USPC ......... D9/429, 434–436, 439–454, 499, 600, D9/601, 614–617, 620, 623, 624, 628; D7/387, 392, 393, 396.2, 510, 511, D7/514–517, 598, 599, 612.2, 623, 628, D7/392.1; D3/202, 294, 318
CPC ......... A61J 1/1412; B65D 1/02; B65D 1/323; B65D 1/0246; B65D 25/40; B65D 25/42; B65D 25/44; B65D 41/56; B65D 41/62; B65D 47/06; B65D 47/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,297,208 A | 1/1967 | Swett | |
| D356,499 S | 3/1995 | Cautereels | |
| D417,583 S | 12/1999 | Demore | |
| D510,235 S | 10/2005 | Sorensen | |
| D626,837 S | 11/2010 | Meyers | |
| D626,838 S | 11/2010 | Meyers | |
| D628,483 S | 12/2010 | McKinney | |
| D644,065 S | 8/2011 | Llerena | |
| D646,919 S * | 10/2011 | Nilsson ............... | B65D 47/148 |
| | | | D7/300.1 |
| D656,357 S | 3/2012 | Enghard | |
| D666,047 S | 8/2012 | Lin | |
| D682,016 S | 5/2013 | Knight | |
| D683,575 S * | 6/2013 | Devlin ....................... | D7/300.1 |

(Continued)

*Primary Examiner* — Karen S Acker
*Assistant Examiner* — Wendy L Arminio
(74) *Attorney, Agent, or Firm* — Maschoff Brennan; Paul G. Johnson

(57) **CLAIM**

The ornamental design for a lid for a container, as shown and described.

**DESCRIPTION**

FIG. 1 is an upper perspective view of a lid for a container, illustrating the lid in an open position;
FIG. 2 is a front view of the lid for a container shown in FIG. 1;
FIG. 3 is a back view of the lid for a container shown in FIG. 1;
FIG. 4 is a right side view of the lid for a container shown in FIG. 1;
FIG. 5 is a left side view of the lid for a container shown in FIG. 1;
FIG. 6 is a top view of the lid for a container shown in FIG. 1; and,
FIG. 7 is a bottom view of the lid for a container shown in FIG. 1.
The jagged broken lines in the middle of the flip-top feature depict the boundaries of the claim and form no part thereof. All other broken lines depict portions of the lid for a container that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



**US D830,119 S**
Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D690,989 | S | * | 10/2013 | Cetera ........................ D7/392.1 |
| D691,849 | S | | 10/2013 | Cetera |
| D696,551 | S | | 12/2013 | Meyers |
| D697,798 | S | | 1/2014 | Sorensen |
| D699,996 | S | | 2/2014 | De Leo |
| 8,695,830 | B2 | | 4/2014 | Meyers |
| D723,916 | S | | 3/2015 | Hughes |
| D726,476 | S | * | 4/2015 | Ercanbrack ................ D7/300.1 |
| D730,694 | S | * | 6/2015 | Elsaden ........................ D7/511 |
| D739,174 | S | | 9/2015 | Elsaden |
| D739,674 | S | | 9/2015 | Bergstrom |
| D742,230 | S | | 11/2015 | Charles |
| D745,827 | S | | 12/2015 | Sorensen |
| 9,216,843 | B2 | | 12/2015 | Sorensen |
| D747,624 | S | | 1/2016 | Walker |
| D748,430 | S | | 2/2016 | Sorensen |
| D748,478 | S | | 2/2016 | Sorensen |
| D748,943 | S | | 2/2016 | Miller |

| | | | | |
|---|---|---|---|---|
| D752,382 | S | * | 3/2016 | Ksiazek ..................... D7/392.1 |
| D758,127 | S | | 6/2016 | Zhao |
| D766,029 | S | * | 9/2016 | Lin .............................. D7/300.1 |
| D768,491 | S | | 10/2016 | Sorensen |
| D778,666 | S | | 2/2017 | De Leo |
| D779,872 | S | | 2/2017 | Bergstrom |
| D799,270 | S | * | 10/2017 | Polk, III ........................ D7/510 |
| 2005/0045634 | A1* | | 3/2005 | Ward ................. A47G 19/2272 |
| | | | | 220/254.3 |
| 2011/0253733 | A1 | | 10/2011 | Meyers |
| 2013/0062304 | A1* | | 3/2013 | Meyers ................. B65D 43/00 |
| | | | | 215/240 |
| 2014/0069918 | A1 | | 3/2014 | Meyers |
| 2014/0091086 | A1* | | 4/2014 | Sorensen ......... A47G 19/2205 |
| | | | | 220/4.27 |
| 2014/0360908 | A1 | | 12/2014 | Sorensen |
| 2015/0201773 | A1* | | 7/2015 | Sorensen ............. A47J 43/27 |
| | | | | 220/254.5 |
| 2015/0201775 | A1 | | 7/2015 | Sorensen |
| 2017/0225850 | A1* | | 8/2017 | Sorensen ........... B65D 47/0895 |

* cited by examiner

**U.S. Patent**   Oct. 9, 2018   Sheet 1 of 7   US D830,119 S



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*

**U.S. Patent**     Oct. 9, 2018     Sheet 5 of 7     US D830,119 S



*FIG. 5*

Case: 1:21-cv-01132 Document #: 28-2 Filed: 07/09/21 Page 41 of 43 PageID #:332



*FIG. 6*



*FIG. 7*

| | |
|---|---|
| **To:** | Runway Blue, LLC (efiling@knobbe.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90301455 - BBCOM.052T |
| **Sent:** | March 01, 2021 09:35:00 PM |
| **Sent As:** | ecom107@uspto.gov |
| **Attachments:** | |

### United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **March 01, 2021** for
### U.S. Trademark Application Serial No. 90301455

Your trademark application has been reviewed by a trademark examining attorney.  As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned.  Please follow the steps below.

**(1)  Read the official letter.**

**(2)  Direct questions** about the contents of the Office action to the assigned attorney below.


/Troy Knight/
Examining Attorney
Law Office 107
U.S. Patent and Trademark Office
(571) 270-3151
Troy.Knight@USPTO.GOV

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3)  Respond within 6 months** (or earlier, if required in the Office action) from **March 01, 2021**, using the Trademark Electronic Application System (TEAS).  The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  See the Office action for more information about how to respond


## GENERAL GUIDANCE

· **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.**  Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**